858 A.2d 1164

**Donald J. SHEA, Appellant,**

**v.**

**DEPARTMENT OF CORRECTIONS, et al., Appellees.**

Supreme Court of Pennsylvania.

Sept. 27, 2004.

## *ORDER*

PER CURIAM.

**AND NOW,** this 27th day of September, 2004, probable jurisdiction is noted and the order appealed is affirmed.